UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL NELSON (#53923)                                    CIVIL ACTION

VERSUS

RHONDA ALLEMAN, ET AL.                                NO. 23-00504-BAJ-SDJ

## RULING AND ORDER

Before the Court are the parties' Cross Motions for Summary Judgment (Docs. 53, 60). The Magistrate Judge issued a **Report And Recommendation (Doc. 64, the "Report")** recommending that the Court deny Plaintiff's Motion for Summary Judgment (Doc. 60) and grant Defendant's Motion for Summary Judgment (Doc. 53) for "Plaintiff's failure to designate specific evidence in the record of sufficient caliber and quantity to create a genuine issue for trial, and failure to produce supporting evidence on his own behalf." (Doc. 64 at 9). The Report further recommends that the Court dismiss Plaintiff's claims with prejudice for failure to exhaust his administrative remedies and decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims. (*Id.* at 9-10). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the underlying Motions, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Plaintiff's Motion for Summary Judgment (Doc. 60) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Doc. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against remaining Defendant Alleman are **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 21ST day of January, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**